STATE of Missouri, Plaintiff–
Respondent,

v.

Randolph CLARK, Defendant–Appellant.

No. 67836.

Missouri Court of Appeals,
Eastern District.
Division One.

Aug. 13, 1996.

Brian E. Zink, St. Charles, for appellant.

Matt Thornhill, Dennis R. Chassaniol, II, Asst. Pros. Attys., St. Charles County, St. Charles, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgments entered pursuant to jury convictions for driving while intoxicated, § 577.010, RSMo 1986, and failure to drive within a single lane, § 304.015, RSMo 1986. He was sentenced in accordance with the jury recommendation to seven days' imprisonment for the driving while intoxicated conviction and received a monetary fine for the single lane conviction. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).